United States District Court
Southern District of Texas

**ENTERED**

March 23, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY P BARCELONA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1388 |
| | § | |
| LORIE  DAVIS, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is

DISMISSED without prejudice.  No certificate of appealability shall issue.

This is a FINAL JUDGMENT.

SIGNED on this 23rd day of March, 2018.

_____

Kenneth M. Hoyt
United States District Judge